1  HOWARD MOORE, JR., SBN 55228
   MOORE & MOORE
2  1563 Solano Avenue, # 204
   Berkeley, California 94707-2116
3  Telephone:   (510) 542-7172
   Facsimile:    (510) 528-3024
4  Email: moorlaw@aol.com

5  Attorneys for Plaintiff, HENRY JOE DANIELS

6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

   Henry Joe Daniels,                    )    Civil Action No.
11                                        )
                     Plaintiff,           )    CV 10 684
12                                        )
   vs.                                    )    COMPLAINT FOR DAMAGES
13                                        )    [Unreasonable seizures and denial
   CITY & COUNTY OF SAN FRANCISCO,        )    of due process & equal protection;
14 a municipal corporation; SAN FRANCISCO )    Racial motivated interference with
   POLICE DEPARTMENT, an agency of the    )    right to make & enforce contracts;
15 City & County of San Francisco; MALCOLM )   Racial motivated denial of enjoyment
   FONG, a member of the San Francisco Police )  of personal property; & Racial motivated
16 Department; and JANE DOE, an unknown   )    conspiracy]
   female allied with Malcolm Fong;       )
17                                        )
                     Defendants.          )
18 _____ )   Jury Trial Demanded

19

20    I.      JURISDICTION AND VENUE

21        1.      The jurisdiction of the Court over this civil action is invoked pursuant to 28

   United States Code §§1331 and 1343 and 42 United States Code §1983 to remedy violations of
22
   rights protected by 42 United States Code §§1981, 1982, and 1985(3), and by provisions of the
23
   due process and equal protection of law clauses of the Fourteenth Amendment of the United
24
   States Constitution.
25
          2.      Venue is properly laid within this judicial district. The acts or omissions to act
26

27

28
   _____
                        Complaint for Damages
        Henry Joe Daniels v. City & County of San Francisco, et al   Civil Action No.

1   alleged herein occurred within the territorial boundaries of this judicial district in the City &

2   County of San Francisco, California.

3         **II.**     **PARTIES**

4         3.     Plaintiff named herein is: HENRY JOE DANIELS ("Plaintiff" or "Mr. Daniels")

5   an adult African American, male citizen of the United States, who resides in Alameda County,

6   California.

7         4.     Defendants named herein are:

8         (a)     THE CITY & COUNTY OF SAN FRANCISCO, a municipal corporation.

9         (b)     THE POLICE DEPARTMENT OF THE CITY & COUNTY OF SAN

10   FRANCISCO. Defendants the City & County of San Francisco and the Police Department of the

11   City & County of San Francisco are collectively referred to herein as "C&CSF."

12         ©     MALCOLM FONG is a member of the Police Department of the City & County

13   of San Francisco: and

14         (d)     JANE DOE is an otherwise unknown female who is believed to be in some

15   manner unknown to Plaintiff allied or associated with Defendant Malcolm Fong.  Mr. Daniels

16   will move to amend this Complaint to show the true name and capacity of Defendant Jane Doe

17   once they have been ascertained.

18         **III.**    **FACTUAL ALLEGATIONS**

19         5.     Mr. Daniels is the owner and operator of a white 1996 Lincoln stretch limousine.

20   He uses it in his business to provide prearranged by-the-hour luxury limousine service at cut rates

21   within the City & County of San Francisco and throughout the Bay Area.

22         6.     At all times relevant herein, Mr. Daniels held and displayed on his limousine a

23   valid TCP permit, being permit # 8262-P , duly issued by the Public Utilities Commission (PUC)

24   of the C&CSF.  The permit allowed Mr. Daniels to operate his limousine service in the City &

25   County of San Francisco.

26   ---

27

28

Complaint for Damages
Henry Joe Daniels v. City & County of San Francisco, et al   Civil Action No.

2

1     7.     Mr. Daniels advertises his limousine service in the San Francisco edition of

2  Thrillist. com, a daily men's interest online magazine which is distributed in email format.

3  Thrillist.com covers everything new and exciting in the Bay Area, including bars, restaurants,

4  websites, and fashion, plus undiscovered services. Because of its low price-point and charm, a

5  white Pomeranian named Hip, as co-pilot, Thrillist.com recommended Mr. Daniels's business to

6  its readers in an ad entitled, "The Limousine." A true and correct copy of the Internet ad for Mr.

7  Daniels's limousine service is attached hereto as Exhibit A and incorporated herein by reference.

8     8.     On Friday, March 6, 2009, around 10 a.m., Mr. Daniels received a response to his

9  ad on Thrillist. com's website from an employee with Apple Computer requesting his services for

10  one hour beginning at 9 p.m. that evening. He was to pick up his passengers at 765 Market Street

11  in San Francisco. Mr. Daniels met his passengers as agreed and loaded them into his limousine.

12  As he drove away from 765 Market Street, he noticed Defendant Fong sitting in the driver's seat

13  of an unmarked vehicle. Jane Doe was seated in the passenger seat in the unmarked vehicle next

14  to Defendant Fong. Defendant Doe was looking in Mr. Daniels's direction as she engaged

15  Defendant Fong in animated conversation.

16     9.     Mr. Daniels proceeded along Market Street and made a right hand turn on to New

17  Montgomery Street. He continued on to Mission Street where he made a left hand turn heading

18  toward Second Street. As he approached Second Street, Defendant Fong pulled Mr. Daniels

19  over. Defendant Fong exited his vehicle, approached Mr. Daniels, and asked him if he had a

20  weigh bill or reservation for the trip. Mr. Daniels replied that he did and handed the weigh bill to

21  Defendant Fong. When Defendant Fong requested, Mr. Daniels produced his California Driver's

22  license, registration, insurance certificate, and his PUC permit.

23     10.     Defendant Fong asked the passengers if they had a reservation. They replied that

24  they did. Defendant Fong ordered the passengers out of the limousine. He stopped a taxi which

25  was passing by. Defendant Fong ordered the passengers into the taxi, and they drove off.

26  ---

27

28

Complaint for Damages
Henry Joe Daniels v. City & County of San Francisco, et al   Civil Action No.

3

1      11.     Defendant Fong instructed one of two men in plainclothes who arrived at the
2 scene to write Mr. Daniels a ticket for failing to give a turn signal, overloading, soliciting, and no
3 weigh bill. Defendant Fong had Mr. Daniels's limousine towed to a storage yard, where it was
4 held over the weekend. Mr. Daniels incurred out-of-pocket expenses of approximately $500 to
5 secure release of his limousine from the towing service.

6      12.     The soliciting and weigh bill charges were dropped when C&CSF failed to
7 respond to a pretrial discovery motion to produce the weigh bill which Mr. Daniels gave
8 Defendant Fong at the scene. The charges for failing to give a turn signal and overloading were
9 dismissed after Defendant Fong failed to appear in court.

10     13.     Mr. Daniels had a long standing customer who hired him for an 8-hour tour of the
11 Wine Country on Sunday, March 8, 2009. The customer prepaid Mr. Daniels $400 at the rate of
12 $50 per hour for his services. Mr. Daniels had to return the money because his limousine had
13 been towed away and was in storage.

14     14.     On or about March 26, 2009, Mr. Daniels had a load of passengers in his
15 limousine at Columbus and Broadway in San Francisco. He was waiting for the leader of the
16 group who made the reservation to come out of a club around the corner. As he waited,
17 Defendant Fong who was riding a motor cycle approached Mr. Daniels's limousine from the rear.
18 Defendant Fong called the leader of the group out and asked her if she had a reservation for Mr.
19 Daniels's limousine. She replied that she did. Defendant Fong wrote Mr. Daniels a ticket for
20 double parking. He ordered the passengers out of the limousine and had it towed away. The
21 ticket Defendant Fong issued to Mr. Daniels for double parking was never processed, and Mr.
22 Daniels was never called to answer it.

23     15.     The acts and conduct of Defendants alleged herein were conducted under color of
24 state law, custom and practice. Such acts and conduct are a part of a continuing course of conduct
25 against Mr. Daniels which is reasonably likely to reoccur unless enjoined by this Court.

26 ---

27

28

Complaint for Damages
Henry Joe Daniels v. City & County of San Francisco, et al  Civil Action No.

4

1     16.    In doing or omitting to do the things alleged herein, Defendants and each of them,
2 acted under color of state law, custom or practice, and in a racially discriminatory manner toward
3 Mr. Daniels.

4     17.    In doing or omitting to do the things alleged herein, Defendant Fong, as the police
5 officer on the scene, had final, decision making authority on behalf of Defendants C&CSF with
6 regard to such matters. On information and belief and Mr. Daniels thereon alleges that the acts or
7 omissions of Defendant Fong alleged herein were done or taken pursuant to a covert, informal
8 but longstanding custom or practice or policy in the City & County of San Francisco to
9 unlawfully harass and interfere with the operations of African American limousine operators and
10 force them out of the City & County of San Francisco.

11     **IV.   DAMAGES**

12     18.    As a proximate result of Defendants' actions as alleged herein, Mr. Daniels was
13 humiliated, hurt and injured in his health, strength and activity, and suffered and continues to
14 suffer loss of reputation, goodwill and standing in the community, shame and embarrassment,
15 inconvenience, hurt feelings, mental anguish and suffering, anxiety, depression, loss of
16 enjoyment of life, and a general loss of self-esteem and well being. The value of such non-
17 economic damages and losses will be established in accordance with proof at trial.

18     19.    As a further proximate result of the acts or omissions of Defendants, Mr. Daniels
19 has also suffered significant loss of income and out-of- pocket expenses for attorney's fees,
20 towing and storage charges, and loss of good will in the limousine travel business. To-date, Mr.
21 Daniels's estimated economic losses exceed $100,000.

22     20.    Defendant Fong's acts were willful, wanton, malicious and oppressive. This
23 Defendant knew or should have known that his conduct was unreasonable and illegal.
24 Furthermore, Defendant Fong's acts and conduct were carried out in willful and conscious
25 disregard of Mr. Daniels's constitutional rights, which entitles him to an award of punitive
26 damages in an amount appropriate to punish or make an example of Defendant Fong

27
28

Complaint for Damages
Henry Joe Daniels v. City & County of San Francisco, et al   Civil Action No.

5

1   and to deter others from engaging in such acts and conduct in the future.

2       **IV.    CLAIMS FOR RELIEF**

3       **A.    FIRST CLAIM FOR RELIEF - Violation of 4th and 14th Amendment Rights**

4       21.    Plaintiff incorporates as though fully set forth and alleged in this First Claim for

5   Relief paragraphs 1 through 20, above.

6       22.    Defendants' treatment of Mr. Daniels as herein alleged was under color of state

7   law and violated his Constitutional rights protected by the Fourth Amendment of the United

8   States Constitution to be free of unreasonable seizures and harassment by police, as well as the

9   right to be free of unlawful interference with his property and liberty interests in his contracts for

10  the carriage of passengers for hire and in the enjoyment of his property interest in his personal

11  property, including but not limited to his limousine and the services he provided with it,

12  motivated by racial animus, and the arbitrary and unreasonable impounding of Mr. Daniels's

13  limousine violated the Fourteenth Amendment of the United States Constitution.

14      WHEREFORE, Plaintiff prays for judgment against Defendants, jointly and severally, as

15  set forth below.

16      **B.    SECOND CLAIM FOR RELIEF - Violation of 42 United States Code §1981**

17      23.    Plaintiff incorporates as though fully set forth and alleged in this Second Claim for

18  Relief paragraphs 1 through 20, above.

19      24.    In doing or omitting to do the things alleged herein, Defendants acted intentionally

20  to interfere with and deny Plaintiff the right to make and enforce contracts to provide limousine

21  service for hire for racial reasons in violation of 42 United States Code §1981.

22      WHEREFORE, Plaintiff prays for judgment against Defendants, jointly and severally, as

23  set forth below.

24      **C.    THIRD CLAIM FOR RELIEF - Violation of 42 United States Code §1982**

25      25.    Plaintiff incorporates as though fully set forth and alleged in this Third Claim for

26  Relief paragraphs 1 through 20, above.

27

28
Complaint for Damages
Henry Joe Daniels v. City & County of San Francisco, et al   Civil Action No.

6

1        26.    In doing or omitting to do the things alleged herein, Defendants acted intentionally

2  to interfere with and deny Plaintiff the right to enjoy personal property for racial reasons in

3  violation of 42 United States Code §1982.

4        WHEREFORE, Plaintiff prays for judgment against Defendants, jointly and severally, as

5  set forth below.

6        **D.    FOURTH CLAIM FOR RELIEF - Violation of 42 United States Code §1985(3)**

7

8        27.    Plaintiff incorporates as though fully set forth and alleged in this Fourth Claim for

Relief paragraphs 1 through 20, above.

9

10       28.    Defendants C&CSF and Fong and Defendant Jane Doe and others unknown to

Plaintiff agreed among themselves to harass Plaintiff and issue citations without merit, interfere

11

12  with his right to make and enforce contracts, and deprive him of the right to enjoy his personal

property without due process of law guaranteed by the Fourteenth Amendment of the United

13

14  States Constitution for racial reasons in violation in violation of 42 United States Code §1985(3).

        WHEREFORE, Plaintiff prays for judgment against Defendants, jointly and severally, as

15

16  set forth below.

17       **V.    PRAYERS FOR RELIEF**

        WHEREFORE, Plaintiff respectfully prays:

18

19       A.    For an award of compensatory and special damages against Defendants, jointly

and severally, according to proof at trial;

20

21       B.    For an award of punitive damages against Defendant Fong according to proof at

trial;

22

23       C.    For an award of declaratory relief pursuant to 28 United States Code §2201 and

prospective equitable relief;

24

25       D.    For an award of reasonable attorney's fees, including litigation expenses, and

costs pursuant to 42 United States Code §1988;

26

27

28

Complaint for Damages
Henry Joe Daniels v. City & County of San Francisco, et al Civil Action No.

7

1      E.      For an award of prejudgment interest; and

2      F.      For such other and additional relief as the Court deems appropriate.

3

4

5    Date: February 12, 2010

6                                   HOWARD MOORE, JR.
                                     Attorney for Plaintiff

7

8

9                              JURY DEMAND

10

11        Pursuant to Rule 38(b) Fed. R. Civ. P., Plaintiff demands trial by jury on all claims for

12    which a jury is permitted.

13

14    Date: February 12, 2010

15

16                                    HOWARD MOORE, JR.
                                     Attorney for Plaintiff

17

18

19

20

21

22

23

24

25

26

27

28

Complaint for Damages
Henry Joe Daniels v. City & County of San Francisco, et al   Civil Action No.

8

Home
**The Limousine**
View    Edit Place    Email preview    Edit    Node queue    Settings





**THRILLST** SAN FRANCISCO
Emailed on: FRIDAY MARCH 6, 2009

# The Limousine

### 415.730.6223

Getting around SF poses quite the dilemma -- cabs make you feel like an a-hole paying exorbitant rates for short rides, while limo service makes you feel like an a-hole paying exorbitant rates to feel like an a-hole. Ride with class while feeling the blissful contentment of cheapskatedom, in The Limousine.



Because he heard your penniless cries, Oaklander Henry Daniels bought a white '96 stretch Lincoln limo to use as the greatest roving taxi ever, dispensing his own brand of cut-rate luxury to people who'd like to cheaply feign

importance. Since you're one of those people, just ring Henry at least a couple hours before your escapade (or a day before to be safer) and give him your pickup point/group size (7=legal max); he'll then give you a fully-negotiable quote no higher than $60/hour, and if you're riding for 3+ hours, stock the ride w/ your beverage of choice, be it bubbly, a case of Hamm's, or Yoo-hoo on trips of any length if you drop the _heavy-hitting_ name of Thrillist, seriously. Inside, there's the necessary archaic equipment to let you flavor the journey with your audio cassettes and/or VHS tapes, plus Henry's co-pilot, a white Pomeranian named Hip, who's fond of riding both in front and back, potentially making playing your _Raw Doggin' 9_ video *suuuuper* awkward.

Additionally, you can impromptu-buzz Henry at any point in the night, and if free, he'll offer a single ride on the cheap, e.g., $15 to get from the Mission to North Beach, where you'll be _faced with yet another dilemma_ -- call it a night, or pay exorbitant rates for the shortest of rides at Little Darlings.

*Mention Thrillist and The Limo stocked with Yoo-hoo is yours.* _This card belongs in your wallet._

**FURTHER AWESOME**

**Style**
• Watches
• Sneakers
• Jackets                                    More

**Travel**
• Hotels
• Planning
• Services                                   More

**Home + Gadgets**
• Gadgets
• Art
• Services                                   More

# Search Thrillist:

| All Cities/Editio ⬍ | All Topics ⬍ |
|---|---|

You've been blessed with Thrillist — let your buddies receive the same benediction.

friend's email address

SHARE:

ARTICLE TOOLS    THRILLIST
powered by

**MORE ON:**

PRIVATE EVENTS  BDAY PARTIES  SAN FRANCISCO
BARS  NIGHTLIFE  CHEAP DRINKS  CARS
BACHELOR PARTIES  LATENIGHT  CHAMPAGNE
OAKLAND  BOTTLE SERVICE  SERVICES

# EXHIBIT A - COMPLAINT

## Daniels v. C&CSF

FURTHER BOTTLE SERVICE-NESS    PEOPLE WHO DUG THIS ARTICLE WERE