UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HENRY JOE DANIELS,

    Plaintiff(s),

v.

CITY AND COUNTY OF SAN FRANCISCO,

    Defendant(s).
_____/

No. C 10-00684 JCS

**ORDER TO SHOW CAUSE**

Pursuant to Civil L.R. 16-2, a case management conference was scheduled on May 28, 2010, before this Court in the above-entitled case. Plaintiff was not present. Defendant was not present.

IT IS HEREBY ORDERED that Plaintiff appear on **June 25, 2010, at 1:30 p.m.,** before Magistrate Judge Joseph C. Spero, in Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California, and then and there to show cause why this action should not be dismissed for Plaintiff's failure to appear at the case management conference on May 28, 2010, for failure to comply with the Court's Order of February 17, 2010, and for failure to prosecute this action. A case management conference is also scheduled for **June 25, 2010**, **at 1:30 p.m.**

IT IS SO ORDERED.

Dated: June 2, 2010

_____
JOSEPH C. SPERO
United States Magistrate Judge