UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HENRY JOE DANIELS,                                    No. C 10-00684 JCS

    Plaintiff(s),

**ORDER TO SHOW CAUSE**

    v.

CITY AND COUNTY OF SAN FRANCISCO,

    Defendant(s).
_____/

    Pursuant to Civil L.R. 16-2, a further case management conference was scheduled on January 21, 2011, before this Court in the above-entitled case. Plaintiff was not present. Defendant was present.

    IT IS HEREBY ORDERED that Plaintiff appear on **February 11, 2011, at 1:30 p.m.,** before Magistrate Judge Joseph C. Spero, in Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California, and then and there to show cause why this action should not be dismissed for Plaintiff's failure to appear at the case management conference on January 21, 2011, failure to prosecute this action, and for failure to comply with the Court's Order of October 26, 2010. A case management conference is also scheduled for **February 11, 2011, at 1:30 p.m.**

    IT IS SO ORDERED.

Dated: January 24, 2011

                                                                                          JOSEPH C. SPERO
                                                                                          United States Magistrate Judge