**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HENRY JOE DANIELS,                                    No. C 10-00684 JCS

        Plaintiff(s),

           v.                                    **ORDER OF DISMISSAL**

CITY AND COUNTY OF SAN FRANCISCO, ET AL.,

        Defendant(s).
_____/

      The Court  having been advised that the parties have agreed to a settlement of this case,

      IT IS HEREBY ORDERED that this case is dismissed in its entirety with prejudice; provided, however, that if any party hereto shall certify to this Court, within sixty (60) days, with proof of service of a copy thereon to opposing counsel, that the agreed consideration for said settlement has not been delivered over,  the foregoing Order shall stand vacated and this case shall forthwith be restored to the calendar to be set for trial.

      IT IS SO ORDERED.

Dated: May 4, 2011

                              _____
                              JOSEPH C. SPERO
                              United States Magistrate Judge