DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Attorney
JOSHUA S. WHITE, State Bar #237223
Deputy City Attorney
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:	(415) 554-4259
Facsimile:	(415) 554-3837
E-Mail:	joshua.white@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO AND
OFFICER MALCOLM FONG, STAR #1420

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| HENRY JOE DANIELS, | Case No. CV-10-00684 JCS |
|---|---|
| Plaintiff, | **STIPULATION TO DISMISS OFFICER MALCOLM FONG** |
| vs. | Trial Date: None Set |
| CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; SAN FRANCISCO POLICE DEPARTMENT, an agency of the City & County of San Francisco; and MALCOLM FONG, a member of the San Francisco Police Department, | |
| Defendants. | |

IT IS AGREED AND STIPULATED by the parties hereto through their respective counsel that,

1.	Plaintiff Henry Joe Daniels, shall dismiss Officer Malcolm Fong as a named defendant from this action.

/ / /

/ / /

/ / /

STIPULATION TO DISMISS OFFICER MALCOLM FONG
-Daniels v. CCSF, et al. – USDC No. CV-10-00684 JCS

n:\lit\li2010\101492\00697476.doc

IT IS HEREBY STIPULATED:

DATED: May 3, 2011

By: */s/ Joshua S. White*
JOSHUA S. WHITE
Attorney for Defendants
City and County of San Francisco
and Officer Malcolm Fong, Star #1420

DATED:  May 3, 2011

MOORE & MOORE

By: */s/ Howard Moore, Jr.*
HOWARD MOORE, JR., ESQ.
Attorney for Plaintiff

*Pursuant to General Order 45, §X.B., the filer of this document attests that he has received the concurrence of this signatory to file this document.

Dated: May 3, 2011

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION TO DISMISS OFFICER MALCOLM FONG
-Daniels v. CCSF, et al. – USDC No. CV-10-00684 JCS

n:\lit\li2010\101492\00697476.doc